f(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2377 West Shaw Avenue, Suite 208
Fresno, California 93711
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

Attorney for Defendant, JOSE DE LA TORRE

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE DE LA TORRE,<br><br>Defendant. | Case No.: **1:16-CR-00122-DAD-BAM (007)**<br><br><br>**WAIVER OF APPEARANCE;**<br>**[PROPOSED] ORDER.** |

**TO THE UNITED STATES DISTRICT COURT; UNITED STATES**

**ATTORNEY'S OFFICE, BY AND THROUGH ITS REPRESENTATIVES:**

Defendant JOSE DE LA TORRE by and through his attorney, ROGER D. WILSON,

hereby applies to this Court for an Order waiving his appearance at the Status Conference

currently scheduled for August 31, 2016, at 2:00 p.m., before the Honorable Magistrate Judge

Barbara A. McAuliffe.  This request is made because counsel for Mr. DeLaTorre requires

additional time to review and analyze the discovery related to this matter in order to explore a

meaningful disposition of the case. Therefore, in all likelihood, a further status hearing will be

scheduled at the next hearing.

\\\\

\\\\

1    Mr. DeLaTorre has maintained regular and routine contact with his counsel, and gives

2    his counsel full authority to act on his behalf at the next hearing.   Mr. DeLaTorre has discussed

3    the upcoming Status Conference with counsel and is satisfied that all relevant matters have

4    been adequately reviewed and explained.

5    Lastly, Mr. DeLaTorre's counsel has discussed this waiver of appearance with counsel

6    for the Government, who had no objection.

7    It is hereby requested that Defendant JOSE DE LA TORRE'S appearance at the August

8    31, 2016, Status Conference be excused.

9    Respectfully submitted,

10   Dated:   ___August 8, 2016___   By:   _____/s/ Roger D. Wilson_____

11                                           **ROGER D. WILSON**
                                          Attorney for Defendant JOSE DE LA TORRE

12

13                                      --o0o--

14

15                                      <u>**ORDER**</u>

16   Defendant JOSE DE LA TORRE'S request for a waiver of appearance came before this

17   Court and based thereon, and for **GOOD CAUSE** shown, the **COURT ORDERS AS**

18   **FOLLOWS**:

19   Defendant JOSE DE LA TORRE (7) is hereby excused from appearing at the Status

20   Conference currently scheduled August 31, 2016, at 2:00 p.m.

21

22   IT IS SO ORDERED.

23   Dated:   **___August 9, 2016___**        ___/s/ *Barbara A. McAuliffe*___

24                                              UNITED STATES MAGISTRATE JUDGE

25

26

27

28