# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
JUN 08 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America )
vs. ) Case No. 1:16CR00122 DAD/BAM
Jose De La Torre )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Jose De La Torre_____, have discussed with _____Montgomery Olson_____, Pretrial Services Officer, modifications of my release conditions as follows:

You shall participate in the substance abuse treatment program at Westcare, California, and comply with all the rules and regulations of the program. You shall remain at Westcare, California inpatient facility until released by the pretrial services officer; A responsible party, approved by Pretrial Services, shall escort you to all required court hearings and escort you back to the program upon completion of the hearing.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Jose De La Torre_ 6-7-17       _Montgomery T. Olson_ 6-7-17
Signature of Defendant  Date    Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____         6-7-17
Signature of Assistant United States Attorney  Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____         June 7, 2017
Signature of Defense Counsel  Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  6/8/2017
[ ] The above modification of conditions of release is *not* ordered.

_____         6/8/2017
Signature of Judicial Officer  Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services