1  MCGREGOR W. SCOTT
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorney
3  4550 California Avenue, Suite 640
   Bakersfield, California
4  Telephone: (661) 489-6150
   Facsimile: (661) 489-6151
5
   Attorneys for Plaintiff
6  United States of America

7                    IN THE UNITED STATES DISTRICT COURT

8                       EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00122-DAD |
| 10                    Plaintiff, | MOTION TO DISMISS INDICTMENT AGAINST DEFENDANT JOSE DELATORRE; AND ORDER DISMISSING AND RELEASING DEFENDANT |
| 11             v. | |
| 12  JOSE DELATORRE, | |
| 13                    Defendant. | |

The United States of America ("the government"), by and through McGregor W. Scott, United States Attorney and Melanie L. Alsworth, Assistant United States Attorney, hereby moves this Court for permission to dismiss without prejudice the indictment against Jose Delatorre in Case No. 1:16-CR-00122-DAD.

Good cause exists to dismiss without prejudice the indictment against Jose Delatorre in the interest of justice, as permitted by Fed. R. Crim. P. 48(a).

Therefore, the government moves for dismissal of the indictment against Jose Delatorre.

Dated: September 4, 2018.                  MCGREGOR W. SCOTT
                                            United States Attorney

                                            /s/Melanie L. Alsworth
                                            MELANIE L. ALSWORTH
                                            Assistant United States Attorney

# **ORDER**

To serve the interest of justice, pursuant to the government's motion and Federal Rule of Criminal Procedure 48(a), the indictment pending against JOSE DELATORRE in Case Number 1:16-CR-00122-DAD shall be DISMISSED without prejudice, and the defendant is hereby ordered released from custody forthwith.

IT IS SO ORDERED.

Dated: __**September 4, 2018**__   _____
UNITED STATES DISTRICT JUDGE