**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2377 West Shaw Avenue, Suite 208
Fresno, California 93711
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
roger@wilson-law.com

Attorney for Defendant, JOSE DELATORRE,

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: **1:16-CR-00122-DAD** |
| Plaintiff, | **STIPULATION TO RETURN THE PREVIOUSLY SURRENDERED PASSPORT TO JOSE DELATORRE; ORDER.** |
| v. | |
| **JOSE DELATORRE,** | |
| Defendant. | |

Defendant JOSE DELATORRE, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record McGREGOR W. SCOTT, United States Attorney and MELANIE L. ALSWORTH, Assistant U.S. Attorney, hereby stipulate to the following release of Mr. DELATORRE'S passport:

1.      By previous order, on July 20, 2016, Mr. DELATORRE was ordered to surrender his United States passport as collateral.

2.      On July 26, 2016, pursuant to the aforementioned Order, Mr. DELATORRE surrendered his United States passport number 482649969 to the court.

3.      On September 5, 2018, the indictment pending against Mr. DELATORRE in this case was dismissed with prejudice and Mr. DELATORRE was ordered released from custody.

///

4. Therefore, it is stipulated that the requirement that Mr. DELATORRE surrender his United States passport be rescinded.

5. It is further stipulated that Mr. DELATORRE'S passport be returned to him forthwith.

IT IS SO STIPULATED.

DATED:_____09/12/2018_____          /s/ Melanie L. Alsworth_____
                                          MELANIE L. ALSWORTH
                                          Assistant United States Attorney

DATED:_____09/12/2018_____          /s/ Roger D. Wilson_____
                                          ROGER D. WILSON
                                          Attorney for Jose Delatorre

## O R D E R

IT IS SO FOUND AND ORDERED that the above Stipulation Ordering the Return of Defendant's United States Passport is hereby approved and the requirements set forth in paragraphs Four (4) and Five (5) of the Stipulation are adopted as a finding by the Court.

IT IS SO ORDERED.

Dated:  **September 12, 2018**          _____
                                        UNITED STATES DISTRICT JUDGE